# EXHIBIT 1



**Registration Number / Date:**
TX0006060597 / 2004-10-19

**Type of Work:**
Text

**Title:**
Zero hour /S. D. Perry.

**Series:**
Resident Evil

**Date of Creation:**
2004

**Date of Publication:**
2004-10-01

**Copyright Claimant:**
Capcom Company, Ltd. & Capcom USA, Inc.

**Authorship on Application:**
text: Simon & Schuster, Inc., employer for hire.

**Basis of Claim:**
New Matter: text.

**Description:**
275 p.

**Imprint:**
New York : Pocket Star Books, c2004.

**Notes:**
Based on the video game.

**Names:**
Perry, S. D.
Capcom Company, Ltd.
Capcom USA, Inc.
Simon & Schuster, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16291153

**Registration Number / Date:**
TX0004944988 / 1999-03-05

**Type of Work:**
Text

**Title:**
The umbrella conspiracy /S. D. Perry.

**Series:**
Resident evil ; 1

**Other Title:**
Resident evil ; 1

**Date of Creation:**
1998

**Date of Publication:**
1998-09-23

**Copyright Claimant:**
Capcom Company, Ltd.

**Description:**
262 p.

**Imprint:**
New York : Pocket Books, c1998.

**Names:**
Perry, S. D.
Capcom Company, Ltd.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_15598197

---

**Registration Number / Date:**
PA0000976290 / 1999-11-29

**Previous Registration:**
Based on the video games Resident Evil and Resident Evil 2.

**Type of Work:**
Computer Files

**Title:**
Nemesis.

**Application Title:**
Biohazard 3; Last escape.

**Series:**
Resident Evil ; 3

**Other Title:**
Resident Evil ; 3
Biohazard3
Last escape
Resident Evil 2

**Date of Creation:**
1995

**Date of Publication:**
1999-09-22

**Copyright Claimant:**
Capcom Company, Ltd.

**Authorship on Application:**
computer programming and audiovisual work: Capcom Company, Ltd.,
employer for hire.

**Description:**
Videogame.

**Imprint:**
Osaka, Japan : Capcom Company SLUS-00923D, c1999.

**Notes:**
For Sony PlayStation.Deposit includes 2 computer disks and identifying
material: computer program (50 p.) and sheets.

**Names:**
Capcom Company, Ltd.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_11793155

---

**Registration Number / Date:**
TX0004944985 / 1999-03-05

**Type of Work:**
Text

**Title:**

Caliban Cove /S. D. Perry.

**Series:**
Resident evil ; 2

**Other Title:**
Resident evil ; 2

**Date of Creation:**
1998

**Date of Publication:**
1998-09-23

**Copyright Claimant:**
Capcom Company, Ltd.

**Description:**
242 p.

**Imprint:**
New York : Pocket Books, c1998.

**Names:**
Perry, S. D.
Capcom Company, Ltd.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_15598194

---

**Registration Number / Date:**
PA0002017815 / 2014-12-09

**Type of Work:**
Computer Files

**Title:**
Resident Evil.

**Application Title:**
Resident Evil.

**Alternative Title on Application:**
biohazard HD REMASTER

**Date of Creation:**
2014

**Date of Publication:**

2015-01-20

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual works.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Description:**
CD-ROM.

**Copyright Note:**
C.O. correspondence.

**Notes:**
Videogame.Computer printout (50p.) also deposited.

**Nation of First Publication:**
United States

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_28798469

---

**Registration Number / Date:**
TX0007169057 / 2010-03-30

**Type of Work:**
Serials

**Title:**
RESIDENT EVIL.

**Application Title:**
RESIDENT EVIL.

**Date of Creation:**
2010

**Date of Publication:**

**Copyright Claimant:**
Capcom Co. Ltd., Transfer: By written agreement. Address: c/o WildStorm Production, 888 Prospect Street #240, La Jolla, CA, 92037, United States.

**Authorship on Application:**
WildStorm Productions, an imprint of DC Comics, Domicile: United States. employer for hire; Authorship: text, artwork.

**Basis of Claim:**
text, artwork, New story text and art with new graphics of old and new characters.

**Rights and Permissions:**
DC Comics, 1700 Broadway, New York, NY, 10019, United States

**Material Excluded:**
Character graphics based on character graphics In RESIDENT EVIL video game, RESIDENT EVIL Volume 1, #1 et seq.

**Nation of First Publication:**
United States

**Names:**
WildStorm Productions
Capcom Co. Ltd.
DC Comics

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_23667491

---

**Registration Number / Date:**
TX0005462706 / 2001-12-06

**Type of Work:**
Text

**Title:**
Code :Veronica /S. D. Perry.

**Series:**
Resident evil ; no. 6

**Other Title:**
Resident evil ; no. 6

**Date of Creation:**

2001

**Date of Publication:**
2001-11-02

**Copyright Claimant:**
Capcom Company, Ltd. & Capcom USA, Inc. (employers for hire)

**Description:**
240 p.

**Imprint:**
New York : Pocket Books, c2001.

**Names:**
Perry, S. D.
Capcom Company, Ltd.
Capcom USA, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_15919975

---

**Registration Number / Date:**
TX0005271727 / 2000-11-22

**Type of Work:**
Text

**Title:**
Nemesis /S. D. Perry.

**Series:**
Resident Evil ; 5

**Other Title:**
Resident Evil ; 5

**Date of Creation:**
2000

**Date of Publication:**
2000-10-01

**Copyright Claimant:**
Capcom Company, Ltd. & Capcom USA, Inc. (employers for hire)

**Description:**
272 p.

**Imprint:**
New York : Pocket Books, c2000.

**Names:**
Perry, S. D.
Capcom Company, Ltd.
Capcom USA, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_15793655

---

**Registration Number / Date:**
PA0000923323 / 1998-08-03

**Previous Registration:**
Based on the preexisting videogame Resident evil.

**Type of Work:**
Computer Files

**Title:**
Resident evil director's cut.

**Application Title:**
Biohazard director's cut.

**Other Title:**
Resident evil

**Date of Creation:**
1997

**Date of Publication:**
1997-09-25

**Copyright Claimant:**
Capcom Company, Ltd.

**Basis of Claim:**
New Matter: new & rev. computer program & audiovisual material.

**Description:**
2 CD-ROMs +

**Imprint:**
Sunnyvale, CA : Capcom, c1997.

**Copyright Note:**

C.O. correspondence.

**Notes:**
Videogame for PlayStation.Printout (50 p.) also deposited.

**Names:**
Capcom Company, Ltd.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_11740313

---

**Registration Number / Date:**
PA0000910361 / 1998-08-03

**Previous Registration:**
Prev. reg. 1998, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "PAU002235908"}'>PAu 2-235-908</a>.

**Type of Work:**
Computer Files

**Title:**
Resident evil 2.

**Application Title:**
Biohazard 2.

**Other Title:**
Resident evil

**Date of Creation:**
1998

**Date of Publication:**
1998-01-21

**Copyright Claimant:**
Capcom Company, Ltd.

**Basis of Claim:**
New Matter: new music, audio, visual & textual material.

**Description:**
2 CD-ROMs +

**Imprint:**

Osaka, Japan : Capcom, c1998.

**Notes:**
Videogame based on Resident evil.Includes photoprints.Printout (50 p.) also deposited.

**Names:**
Capcom Company, Ltd.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_11727355

---

**Registration Number / Date:**
PAU002235908 / 1998-01-20

**Previous Registration:**
Preexisting material: Resident Evil.

**Type of Work:**
Motion Pictures

**Title:**
Resident Evil 2.

**Application Title:**
Biohazard 2.

**Other Title:**
Resident Evil

**Date of Creation:**
1998

**Copyright Claimant:**
Capcom Company, Ltd.

**Basis of Claim:**
New Matter: new music, audio, visual & textual material.

**Description:**
CD-ROM.

**Notes:**
Videogame (PlayStation)Videocassette also deposited.

**Names:**
Capcom Company, Ltd.

**USCO Catalog Link:**

**Registration Number / Date:**
PA0001819084 / 2012-06-20

**Previous Registration:**
2008, <a href='https://publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"PA0001644832"}'>PA-1 -644-832</a>.

**Type of Work:**
Computer Files

**Title:**
resident evil :THE UMBRELLA CHRONICLES.

**Application Title:**
resident evil THE UMBRELLA CHRONICLES (playstation 3)

**Alternative Title on Application:**
BIOHAZARD THE UMBRELLA CHRONICLES (Playstation 3)

**Date of Creation:**
2011

**Date of Publication:**
2012-06-26

**Copyright Claimant:**
Capcom Co LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka,
540-0037, Japan.

**Authorship on Application:**
Capcom Co LTD, Domicile: Japan; employer for hire; Citizenship: Japan.
Authorship: computer program and audio visual works.

**Basis of Claim:**
computer program and audio visual works.

**Rights and Permissions:**
Capcom Co LTD, 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan

**Material Excluded:**
prior version.

**Description:**
DVD-ROM.

**Copyright Note:**

C.O. correspondence.

**Notes:**

Videogame. Computer printout (50 p.) also deposited.

**Nation of First Publication:**

United States

**Names:**

Capcom Co LTD

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_25880940

---

**Registration Number / Date:**

PA0001819087 / 2012-06-20

**Previous Registration:**

2009, <a href='https://publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"PA0001666838"}'>PA-1-666-838</a>.

**Type of Work:**

Computer Files

**Title:**

RESIDENT EVIL :THE DARKSIDE CHRONICLES.

**Application Title:**

RESIDENT EVIL THE DARKSIDE CHRONICLES (Playstation 3)

**Alternative Title on Application:**

BIOHAZARD THE DARKSIDE CHRONICLES (Playstation 3)

**Date of Creation:**

2011

**Date of Publication:**

2012-06-26

**Copyright Claimant:**

Capcom Co LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka,
540-0037, Japan.

**Authorship on Application:**

Capcom Co LTD, Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual works.

**Basis of Claim:**
computer program and audio visual works.

**Rights and Permissions:**
Capcom Co LTD, 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan

**Material Excluded:**
prior version.

**Description:**
DVD-ROM.

**Copyright Note:**
C.O. correspondence.

**Notes:**
Videogame. Computer printout (50 p.) also deposited.

**Nation of First Publication:**
United States

**Names:**
Capcom Co LTD

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_25880941

---

**Registration Number / Date:**
PA0001830346 / 2012-09-07

**Type of Work:**
Computer Files

**Title:**
RESIDENT EVIL 6.

**Application Title:**
RESIDENT EVIL 6 (XBOX 360)

**Alternative Title on Application:**
BIOHAZARD 6 (XBOX 360)

**Date of Creation:**
2012

**Date of Publication:**

2012-10-02

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual works.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Description:**
Videogame.

**Copyright Note:**
C.O. correspondence.

**Notes:**
Computer printout (50 p.) also deposited.

**Nation of First Publication:**
United States

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_26014204

---

**Registration Number / Date:**
PA0001324697 / 2006-04-24

**Previous Registration:**
Original videogame in Japanese preexisting; prev. reg. 1999, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "PA0000976290"}'>PA 976-290</a> et al.

**Type of Work:**
Computer Files

**Title:**
Resident evil 4.

**Application Title:**
Biohazard 4 (Nintendo GameCube)

**Date of Creation:**
2004

**Date of Publication:**
2005-01-11

**Copyright Claimant:**
Capcom Company, Ltd.

**Authorship on Application:**
English translation on screens & packaging : Capom Company, Ltd, employer for hire.

**Basis of Claim:**
New Matter: English translation on screens & packaging.

**Description:**
Videogame.

**Copyright Note:**
Cataloged from appl. only.

**Notes:**
For Nintendo GameCube.Based on the Resident evil videogame.

**Names:**
Capcom Company, Ltd.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_12110780

---

**Registration Number / Date:**
PA0002419760 / 2023-05-15

**Type of Work:**
Computer Files

**Title:**
RESIDENT EVIL 4.

**Application Title:**
RESIDENT EVIL 4.

**Alternative Title on Application:**
BIOHAZARD RE:4

**Date of Creation:**
2022

**Date of Publication:**
2023-03-24

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual works.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Description:**
Blu-ray disc +

**Notes:**
Videogame.Computer printout (50p.) also deposited.

**Nation of First Publication:**
United States

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_35129578

---

**Registration Number / Date:**
PA0002283753 / 2020-06-01

**Previous Registration:**
1999, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "PA0000976290"}'>PA-976-290</a>.

**Type of Work:**
Computer Files

**Title:**
RESIDENT EVIL 3.

**Application Title:**
RESIDENT EVIL 3.

**Alternative Title on Application:**
BIOHAZARD RE:3

**Date of Creation:**
2020

**Date of Publication:**
2020-04-03

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual works.

**Basis of Claim:**
computer programs & audio visual works.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**
Blu-ray disc.

**Notes:**
Videogame for PS4.Deposit includes computer program (50 p.) and screenshots.

**Nation of First Publication:**
United States

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_32354352

**Registration Number / Date:**
PA0001828728 / 2012-11-08

**Previous Registration:**
2012, <a href='https://publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"PAU003602090"}'>PAu 3-602-090</a>.

**Type of Work:**
Motion Pictures

**Title:**
Resident Evil Damnation.

**Application Title:**
Resident Evil Damnation.

**Alternative Title on Application:**
Resident Evil: Damnation
Resident Evil: Degeneration 2
Biohazard: Damnation

**Date of Creation:**
2012

**Date of Publication:**
2012-09-11

**Copyright Claimant:**
Capcom Co., Ltd., Transfer: By written agreement. Address: 3-1-3
Uchihiranomachi, Chuo-ku, Osaka, Japan.
Resident Evil CG2 Film Partners, Transfer: By written agreement. Address:
Toranomon Towers Office, 4-1-28 Toranomon, Minato-ku, Tokyo, Japan.

**Authorship on Application:**
Digital Frontier Inc., Domicile: Japan. employer for hire; Authorship: Entire
Direct-To-Video Animated Motion Picture.

**Basis of Claim:**
Rest of entire Direct-To-Video Animated Motion Picture.

**Material Excluded:**
script/screenplay, Based Upon Capcom's Video Game "Resident Evil.".

**Description:**
Videodisc (DVD)

**Nation of First Publication:**
United States

**Names:**

Digital Frontier Inc.

Capcom Co., Ltd.

Resident Evil CG2 Film Partners

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_25993000

---

**Registration Number / Date:**
PA0001222547 / 2004-04-23

**Previous Registration:**
Japanese version preexisting.

**Type of Work:**
Computer Files

**Title:**
Resident Evil outbreak.

**Date of Creation:**
2003

**Date of Publication:**
2004-03-30

**Copyright Claimant:**
Capcom Company, Ltd.

**Basis of Claim:**
New Matter: English text on packaging & screens (translation)

**Description:**
Videodisc (DVD-ROM) +

**Imprint:**
Sunnyvale, CA : Capcom Entertainment, c2003.

**Notes:**
Videogame (PlayStation 2)Sourcecode (50 p.), screenshots (5 p.) & synopsis (1 p.) also deposited.

**Names:**
Capcom Company, Ltd.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_12010186

**Registration Number / Date:**

PA0001149268 / 2003-02-26

**Previous Registration:**

Material preexisting.

**Type of Work:**

Computer Files

**Title:**

Resident Evil Zero.

**Application Title:**

Resident Evil 0; Biohazard 0; Biohazard sero.

**Other Title:**

Resident Evil 0

Biohazard0

Biohazard sero

**Date of Creation:**

2002

**Date of Publication:**

2002-12-01

**Copyright Claimant:**

Capcom Company, Ltd.

**Basis of Claim:**

New Matter: new computer programming & audiovisual material.

**Description:**

CD-ROM.

**Imprint:**

Sunnyvale, CA : Capcom, c2002.

**Notes:**

Videogame.For Nintendo Gamecube.Printout (50 p.) also deposited.

**Names:**

Capcom Company, Ltd.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_11957744

**Registration Number / Date:**

**Type of Work:**
Computer Files

**Title:**
RESIDENT EVIL 6.

**Application Title:**
RESIDENT EVIL 6 (Play Station 3)

**Alternative Title on Application:**
BIOHAZARD 6 (Play Station 3)

**Date of Creation:**
2012

**Date of Publication:**
2012-10-02

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual works.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Description:**
Videogame.

**Copyright Note:**
C.O. correspondence.

**Notes:**
Computer printout (50 p.) also deposited.

**Nation of First Publication:**
United States

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_26014203

**Registration Number / Date:**
PA0001627044 / 2009-03-09

**Previous Registration:**
1999, <a href='https://publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"PA0000976290"}'>PA-976-290</a>.

**Type of Work:**
Computer Files

**Title:**
RESIDENT EVIL 5.

**Application Title:**
RESIDENT EVIL 5.

**Date of Creation:**
2009

**Date of Publication:**
2009-03-13

**Copyright Claimant:**
Capcom Co., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka,
540-0037, Japan.

**Authorship on Application:**
Capcom Co., LTD, Domicile: Japan. employer for hire; Authorship: computer
program and audio visual work.

**Basis of Claim:**
English translation on screens and packaging.

**Rights and Permissions:**
Capcom Co., LTD, 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037,
Japan

**Material Excluded:**
original videogame in Japanese.

**Description:**
Videogame.

**Copyright Note:**
C.O. correspondence.

**Notes:**
Synopsis, screen displays, DVD and computer printout (50 p.) deposited.

**Nation of First Publication:**
United States

**Names:**
Capcom Co., LTD

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_22822905

---

**Registration Number / Date:**
PA0001811400 / 2012-02-02

**Type of Work:**
Computer Files

**Title:**
RESIDENT EVIL REVELATIONS.

**Application Title:**
RESIDENT EVIL REVELATIONS.

**Alternative Title on Application:**
BIOHAZARD REVELATIONS

**Date of Creation:**
2011

**Date of Publication:**
2012-02-07

**Copyright Claimant:**
Capcom Co., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
Capcom Co., LTD, Domicile: Japan. employer for hire; Authorship: computer program and audio visual works.

**Rights and Permissions:**
Capcom Co., LTD, 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan

**Description:**
Videogame.

**Copyright Note:**

Regarding publication: statement added by C.O. from additional information provided by applicant.

**Notes:**

Computer printout (50 p.) also deposited.

**Nation of First Publication:**

United States

**Names:**

Capcom Co., LTD

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_25784164

---

**Registration Number / Date:**

PA0002357154 / 2021-11-17

**Previous Registration:**

2020, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "PA0002283753"}'>PA0002283753</a>.

**Type of Work:**

Computer Files

**Title:**

RESIDENT EVIL VILLAGE.

**Application Title:**

RESIDENT EVIL VILLAGE.

**Alternative Title on Application:**

BIOHAZARD VILLAGE

**Date of Creation:**

2021

**Date of Publication:**

2021-02-25

**Copyright Claimant:**

CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**

CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual work.

**Basis of Claim:**
computer program and audio visual work.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Material Excluded:**
prior versions.

**Description:**
Game disc.

**Copyright Note:**
C.O. correspondence.

**Notes:**
Videogame for PS4.Synopsis, collection of screenshots and computer printout (50 p.) also deposited.

**Nation of First Publication:**
Japan

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_34100903

---

**Registration Number / Date:**
PAU003967817 / 2019-02-21

**Previous Registration:**
1998, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "PAU002235908"}'>PAU-2-235-908</a>.

**Type of Work:**
Computer Files

**Title:**
RESIDENT EVIL 2.

**Application Title:**

RESIDENT EVIL 2.

**Alternative Title on Application:**
BIOHAZARD RE:2
BIOHAZARD RE:2 Z Version

**Date of Creation:**
2018

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka,
540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan.
Authorship: computer program and audio visual works.

**Basis of Claim:**
computer program and audio visual works.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037,
Japan, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**
Game disc.

**Notes:**
Videogame.Synopsis, collection of screenshots and computer printout (50 p.)
also deposited.

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_30762996

---

**Registration Number / Date:**
PAU003367102 / 2008-10-15

**Type of Work:**
Motion Pictures

**Title:**
Resident Evil : Degeneration.

**Application Title:**
Resident Evil: Degeneration.

**Alternative Title on Application:**
Baiohazado: Dijenereshon
Biohazard: Degeneration

**Date of Creation:**
2008

**Copyright Claimant:**
Capcom Co., Ltd., Transfer: By written agreement. Address: Toranomon Towers Office 2F, 4-1-28 Toranomon, Minato-ku, Tokyo, 105-8415, Japan. Resident Evil CG Film Partners, Transfer: By written agreement. Address: Toranomon Towers Office 2F, 4-1-29 Toranomon, Minato-ku, Tokyo, 105-8415, Japan.

**Authorship on Application:**
Digital Frontier Corporation, Domicile: Japan. employer for hire; Authorship: Entire Animated Motion Picture.

**Basis of Claim:**
Rest of entire work.

**Material Excluded:**
Script/screenplay, based upon Capcom's Video Game "Resident Evil.".

**Description:**
Videodisc (DVD)

**Notes:**
Animation.

**Names:**
Digital Frontier Corporation
Capcom Co., Ltd.
Resident Evil CG Film Partners

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_22577495

**Registration Number / Date:**
PA0001814989 / 2012-05-22

**Type of Work:**
Computer Files

**Title:**
RESIDENT EVIL :Operation Raccoon City.

**Application Title:**
RESIDENT EVIL Operation Raccoon City.

**Alternative Title on Application:**
BIOHAZARD Operation Raccoon City

**Date of Creation:**
2011

**Date of Publication:**
2012-03-20

**Copyright Claimant:**
Capcom Co LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
Capcom Co LTD, Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio-visual works.

**Rights and Permissions:**
Capcom Co LTD, 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Description:**
DVD-ROM.

**Notes:**
Videogame (PS3) and Computer printout (50 p.) deposited.

**Nation of First Publication:**
United States

**Names:**
Capcom Co LTD

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_25833143

---

**Registration Number / Date:**
PA0002080823 / 2016-09-01

**Previous Registration:**
2011, <a href='https://publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":

"registration_numbers", "type_of_query": "exact", "query": "PA0001799281"}'>PA 1-799-281</a>.

**Type of Work:**
Computer Files

**Title:**
resident evil 4.

**Application Title:**
resident evil 4.

**Alternative Title on Application:**
biohazard 4 (Play Station 4, Xbox One)

**Date of Creation:**
2016

**Date of Publication:**
2016-08-30

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual works.

**Basis of Claim:**
computer program and audio visual works.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**
Videogame.

**Copyright Note:**
C.O. correspondence.

**Notes:**
Videogame for PlayStation 4 and Xbox One.Game disc, collection of screenshots, synopsis and computer printout (50 p.) deposited.

**Nation of First Publication:**

United States

**Names:**

CAPCOM CO., LTD.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_29682837

---

**Registration Number / Date:**
PA0002392999 / 2022-11-15

**Type of Work:**
Computer Files

**Title:**
RESIDENT EVIL 3.

**Application Title:**
RESIDENT EVIL 3.

**Alternative Title on Application:**
BIOHAZARD RE:3

**Date of Creation:**
2022

**Date of Publication:**
2022-06-14

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual works.

**Basis of Claim:**
computer program and audio visual works.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**

CD-ROM +

**Notes:**
Computer printout (50p.) also deposited. Videogame.

**Nation of First Publication:**
United States

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_34674699

---

**Registration Number / Date:**
PA0002393007 / 2022-11-15

**Previous Registration:**
2019, <a href='https://publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"PAU007967817"}'>PAu7-967-817</a>.

**Type of Work:**
Music

**Title:**
RESIDENT EVIL 2.

**Application Title:**
RESIDENT EVIL 2.

**Alternative Title on Application:**
BIOHAZARD RE:2

**Date of Creation:**
2022

**Date of Publication:**
2022-06-14

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka,
540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan.
Authorship: computer program and audio visual works.

**Basis of Claim:**

computer program and audio visual works.

**Rights and Permissions:**

CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Material Excluded:**

prior version.

**Description:**

CD-ROM +

**Notes:**

Computer printout (50p.) also deposited. Videogame.

**Nation of First Publication:**

United States

**Names:**

CAPCOM CO., LTD.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_34674849

---

**Registration Number / Date:**

TX0009256998 / 2023-03-28

**Type of Work:**

Computer Files

**Title:**

RESIDENT EVIL RE:VERSE.

**Application Title:**

RESIDENT EVIL RE:VERSE.

**Date of Creation:**

2021

**Date of Publication:**

2022-10-28

**Copyright Claimant:**

CAPCOM CO., LTD. Address: 3-1-3 Uchihirano-machi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**

CAPCOM CO., LTD., employer for hire; Citizenship: Japan. Authorship: computer program.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3 Uchihirano-machi, Chuo-ku,, Osaka, 5400037, Japan, property@head.capcom.co.jp

**Description:**
Electronic file (eService)

**Copyright Note:**
C.O. correspondence.

**Nation of First Publication:**
United States

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_34959441

---

**Registration Number / Date:**
TX0009112933 / 2022-04-12

**Type of Work:**
Computer Files

**Title:**
RESIDENT EVIL VILLAGE.

**Application Title:**
RESIDENT EVIL VILLAGE.

**Date of Creation:**
2021

**Date of Publication:**
2021-05-07

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3 Uchihirano-machi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., employer for hire; Citizenship: Japan. Authorship: computer program.

**Basis of Claim:**
computer program and audio visual works.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3 Uchihirano-machi, Chuo-ku,, Osaka, 5400037, Japan, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**
Electronic file (eService)

**Copyright Note:**
Regarding authorship information: Deposit contains computer program only.

**Nation of First Publication:**
Japan

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_33988901

---

**Registration Number / Date:**
PA0000993488 / 2000-04-19

**Previous Registration:**
Game entitled Resident Evil preexisting.

**Type of Work:**
Computer Files

**Title:**
Resident Evil code :Veronica.

**Application Title:**
Biohazard code : Veronica.

**Other Title:**
Biohazard code : Veronica

**Date of Creation:**
2000

**Date of Publication:**
2000-02-03

**Copyright Claimant:**
Capcom Company, Ltd.

**Basis of Claim:**
New Matter: computer programming & audiovisual material.

**Description:**
Videogame.

**Notes:**
4th version.For Sega Dreamcast.Printout also deposited.

**Names:**
Capcom Company, Ltd.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_11809872

---

**Registration Number / Date:**
PA0002392996 / 2022-11-15

**Previous Registration:**
2017, <a href='https://publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"PA0002084675"}'>PA2-084-675</a>.

**Type of Work:**
Computer Files

**Title:**
RESIDENT EVIL 7 biohazard.

**Application Title:**
RESIDENT EVIL 7 biohazard.

**Alternative Title on Application:**
BIOHAZARD 7 resident evil

**Date of Creation:**
2022

**Date of Publication:**
2022-06-14

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka,
540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan.
Authorship: computer program and audio visual works.

**Basis of Claim:**
computer program and audio visual works.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037,
Japan, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**
CD-ROM.

**Notes:**
Computer printout (50p.) also deposited. Videogame.

**Nation of First Publication:**
United States

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_34674850

---

**Registration Number / Date:**
PA0001799279 / 2011-10-14

**Previous Registration:**
2006, <a href='https://publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"PA0001324697"}'>PA-1 -324-697</a>.

**Type of Work:**
Computer Files

**Title:**
resident evil 4 (XBOX360)

**Application Title:**
resident evil 4 (XBOX360)

**Alternative Title on Application:**

biohazard 4 (XBOX360)

**Date of Creation:**
2011

**Date of Publication:**
2011-09-20

**Copyright Claimant:**
Capcom Co., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
Capcom Co., LTD, Domicile: Japan. employer for hire; Authorship: Computer Program and Audiovisual Work.

**Basis of Claim:**
Computer Program and Audiovisual Work.

**Rights and Permissions:**
Capcom Co., LTD, 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan

**Material Excluded:**
prior version.

**Description:**
DVD-ROM.

**Notes:**
Videogame.DVD-R, screenshots and computer printout (50 p.) deposited as identifying material.

**Nation of First Publication:**
United States

**Names:**
Capcom Co., LTD

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_25631329

---

**Registration Number / Date:**
PA0002511039 / 2022-12-14

**Previous Registration:**
2019, <a href='https://publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":

"registration_numbers", "type_of_query": "exact", "query": "PAU007967817"}'>PAu7-967-817</a>.

**Type of Work:**
Computer Files

**Title:**
RESIDENT EVIL 2 CLOUD.

**Application Title:**
RESIDENT EVIL 2 CLOUD.

**Alternative Title on Application:**
BIOHAZARD RE:2 CLOUD

**Date of Creation:**
2022

**Date of Publication:**
2022-11-11

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual work.

**Basis of Claim:**
computer program and audio visual work.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**
BluRay ROM Disc.

**Copyright Note:**
C.O. correspondence.

**Notes:**
videogame

**Nation of First Publication:**
United States

**Names:**

CAPCOM CO., LTD.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_37984624

---

**Registration Number / Date:**
PA0002000808 / 2015-11-18

**Previous Registration:**
2015, case#1-2195565132.

**Type of Work:**
Computer Files

**Title:**
RESIDENT EVIL REVELATIONS 2.

**Application Title:**
RESIDENT EVIL REVELATIONS 2.

**Alternative Title on Application:**
BIOHAZARD REVELATIONS 2

**Date of Creation:**
2015

**Date of Publication:**
2015-08-18

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual works.

**Basis of Claim:**
computer program and audio visual works.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**
DVD-ROM.

**Notes:**
VideogameComputer printout (50 p.) also deposited.

**Nation of First Publication:**
United States

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_28605524

---

**Registration Number / Date:**
PA0000967773 / 1998-11-12

**Previous Registration:**
Prev. reg. 1998.

**Type of Work:**
Computer Files

**Title:**
Resident evil director's cut.

**Application Title:**
Biohazard director's cut (dual shock version)

**Other Title:**
Resident evil 2, director's cut

**Date of Creation:**
1998

**Date of Publication:**
1998-08-20

**Copyright Claimant:**
Capcom Company, Ltd.

**Basis of Claim:**
New Matter: new music, audio, visual & textual material; new/rev. computer program text.

**Description:**
CD-ROM package.

**Imprint:**
Osaka, Japan : Campcom, 1998.

**Copyright Note:**
C.O. correspondence.

**Notes:**
Videogame based on Resident evil 2, director's cut.Printout (50 p.) also deposited.

**Names:**
Capcom Company, Ltd.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_11784647

---

**Registration Number / Date:**
PA0002084675 / 2017-03-06

**Type of Work:**
Computer Files

**Title:**
RESIDENT EVIL 7 biohazard.

**Application Title:**
RESIDENT EVIL 7 biohazard.

**Alternative Title on Application:**
BIOHAZARD 7 resident evil

**Date of Creation:**
2016

**Date of Publication:**
2017-01-24

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual works.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Description:**
Blu-ray disc.

**Notes:**
Videogame.Computer printout (50 p.) also deposited.

**Nation of First Publication:**
United States

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_29723654

---

**Registration Number / Date:**
PA0002511040 / 2022-12-14

**Previous Registration:**
2020, <a href='https://publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"PA0002283753"}'>PA2-283-753</a>.

**Type of Work:**
Computer Files

**Title:**
RESIDENT EVIL 3 CLOUD.

**Application Title:**
RESIDENT EVIL 3 CLOUD.

**Alternative Title on Application:**
BIOHAZARD RE:3 CLOUD

**Date of Creation:**
2022

**Date of Publication:**
2022-11-18

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka,
540-0037, Japan.

**Authorship on Application:**

CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual work.

**Basis of Claim:**
computer program and audio visual work.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**
BluRay ROM Disc +

**Copyright Note:**
C.O. correspondence.

**Notes:**
videogame

**Nation of First Publication:**
United States

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_37984625

---

**Copyright Serial Number / Date:**
CSN0138647 / 2002

**Type of Work:**
Serials

**Title:**
Resident Evil--code, Veronica.

**Copyright Claimant:**
Capcom Company, Ltd.

**Basis of Claim:**
New matter: English translation & additions.

**Description:**
print material.

**Frequency:**
Frequency unknown.

**Serial Publication Year:**
2002

**Issues Registered:**
bk. 3. Claimant: Capcom Company, Ltd. Pub. 2002-09-18; Reg. 2002-10-11;
TX0005614669
bk. 4. Claimant: Capcom Company, Ltd. Pub. 2002-11-20; Reg. 2003-02-13;
TX0005704220

**Description based on:**
Bk. 3.

**Names:**
DC Comics. WildStorm Productions
Capcom Company, Ltd.
WildStorm Productions

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20501388

---

**Registration Number / Date:**
PA0001324696 / 2006-04-24

**Previous Registration:**
Original videogame in Japanese preexisting.

**Type of Work:**
Computer Files

**Title:**
Resident evil deadly silence

**Application Title:**
Biohazard deadly silence (Nintendo DS)

**Date of Creation:**
2005

**Date of Publication:**
2006-02-07

**Copyright Claimant:**
Capcom Company, Ltd.

**Authorship on Application:**

English translation on screens & packaging : Capom Company, Ltd, employer for hire.

**Basis of Claim:**
New Matter: English translation on screens & packaging.

**Description:**
Videogame.

**Copyright Note:**
Cataloged from appl. only.

**Notes:**
For Nintendo DS.Based on the Resident evil videogame.

**Names:**
Capcom Company, Ltd.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_12110779

---

**Registration Number / Date:**
PAU003798205 / 2015-03-12

**Previous Registration:**
2012, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "PA0001811400"}'>PA 1-811-400</a>.

**Type of Work:**
Computer Files

**Title:**
RESIDENT EVIL REVELATIONS 2.

**Application Title:**
RESIDENT EVIL REVELATIONS 2.

**Alternative Title on Application:**
BIOHAZARD REVELATIONS 2

**Date of Creation:**
2014

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual works.

**Basis of Claim:**
computer program and audio visual works.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**
Videodisc (DVD)

**Copyright Note:**
C.O. correspondence.

**Notes:**
Computer printout (50 pages) also deposited.

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_28421518

---

**Registration Number / Date:**
PA0000988986 / 1998-11-12

**Type of Work:**
Computer Files

**Title:**
Resident Evil 2 :now supports the Dual Shock analog controller.

**Application Title:**
Biohazard 2 (Dual Shock)

**Other Title:**
Biohazard2(Dual Shock)

**Date of Creation:**
1998

**Date of Publication:**

1998-08-20

**Copyright Claimant:**
Capcom Company, Ltd.

**Basis of Claim:**
New Matter: new and revised computer programming.

**Description:**
2 CD-ROMs +

**Copyright Note:**
C.O. correspondence.

**Notes:**
Videogame.Printout (50 p.) & photoprints also deposited.

**Names:**
Capcom Company, Ltd.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_11805372

---

**Registration Number / Date:**
TX0005410078 / 2001-09-10

**Type of Work:**
Text

**Title:**
Resident Evil :Code Veronica X : Prima's official strategy guide /David S. J. Hodgson.

**Date of Creation:**
2001

**Date of Publication:**
2001-08-27

**Copyright Claimant:**
Prima Games & Capcom Company, Ltd.

**Basis of Claim:**
New Matter: text & compilation of screen shots.

**Description:**
128 p.

**Imprint:**

Roseville, CA : Prima Games, c2001.

**Names:**

Hodgson, David S. J.

Prima Games

Capcom Company, Ltd.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_15884337

---

**Registration Number / Date:**
TX0005292461 / 2000-10-19

**Previous Registration:**
Preexisting material: Resident Evil--Survivor computer game.

**Type of Work:**
Text

**Title:**
Resident Evil :Survivor /written by Dean Evans.

**Series:**
Prima's official strategy guide

**Other Title:**
Prima's official strategy guide
Survivor

**Date of Creation:**
2000

**Date of Publication:**
2000-08-14

**Copyright Claimant:**
Capcom Company, Ltd. & Prima Publishing

**Authorship on Application:**
text & compilation of screen shots: Dean Evans;maps: Capcom Company, Ltd., employer for hire.

**Basis of Claim:**
New Matter: text, maps & compilation of screen shots.

**Description:**
111 p.

**Imprint:**
Roseville, CA : Prima Games, c2000.

**Names:**
Evans, Dean
Capcom Company, Ltd.
Prima Publishing

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_15808479

---

**Registration Number / Date:**
PA0001321611 / 2006-04-24

**Previous Registration:**
Japanese videogame prev. reg. 2004, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "PA0001222257"}'>PA 1-222-257</a>.

**Type of Work:**
Computer Files

**Title:**
Resident evil outbreak :no. 2.

**Application Title:**
Bioharzard outbreak : no. 2.

**Date of Creation:**
2005

**Date of Publication:**
2005-04-26

**Copyright Claimant:**
Capcom Company, Ltd.

**Basis of Claim:**
New Matter: English translation on screens & packaging.

**Notes:**
Videogame (for PlayStation 2)

**Names:**
Capcom Company, Ltd.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_12107748

**Registration Number / Date:**
TX0005361687 / 2001-07-25

**Type of Work:**
Text

**Title:**
City of the dead /S. D. Perry.

**Series:**
Resident evil ; no. 3

**Other Title:**
Resident evil ; no. 3

**Date of Creation:**
1999

**Date of Publication:**
1999-05-06

**Copyright Claimant:**
CAPCOM Company, Ltd. (employer for hire of S. D. Perry)

**Description:**
338 p.

**Imprint:**
New York : Pocket Books, c1999.

**Names:**
Perry, Stephani Danelle
CAPCOM Company, Ltd.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_15853359

**Registration Number / Date:**
PA0002483627 / 2024-04-22

**Previous Registration:**
2023, <a href='https://publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":

"registration_numbers", "type_of_query": "exact", "query": "PA0002419760"}'>PA2-419-760</a>.

**Type of Work:**
Computer Files

**Title:**
Resident Evil 4 Gold Edition.

**Application Title:**
Resident Evil 4 Gold Edition.

**Alternative Title on Application:**
BIOHAZARD RE:4 Gold Edition

**Date of Creation:**
2023

**Date of Publication:**
2024-02-09

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual works.

**Basis of Claim:**
computer program and audio visual works.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**
Print material +

**Copyright Note:**
Regarding previous registration: Registration number added from Copyright Office records.

**Notes:**
videogame

**Nation of First Publication:**

United States

**Names:**

CAPCOM CO., LTD.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_37154354

---

**Registration Number / Date:**
PA0001679628 / 2010-02-05

**Previous Registration:**
2009, <a href='https://publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"PA0001627044"}'>PA 1-627-044</a>.

**Type of Work:**
Computer Files

**Title:**
RESIDENT EVIL 5 GOLD EDITION.

**Application Title:**
RESIDENT EVIL 5 GOLD EDITION (Play Station 3)

**Alternative Title on Application:**
BIOHAZARD 5 Alternative Edition (Play Station 3)

**Date of Creation:**
2010

**Date of Publication:**
2010-03-09

**Copyright Claimant:**
Capcom Co., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka,
540-0037, Japan.

**Authorship on Application:**
Capcom Co., LTD, Domicile: Japan. employer for hire; Authorship: computer
program and audio visual work.

**Basis of Claim:**
additional audiovisual work and computer program.

**Rights and Permissions:**

Capcom Co., LTD, 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, +81-06-6920-3637, property@head.capcom.co.jp

**Material Excluded:**
Prior version.

**Description:**
DVD-ROM.

**Copyright Note:**
C.O. correspondence.

**Notes:**
Photos and computer printout (50 p.) also deposited.

**Nation of First Publication:**
United States

**Names:**
Capcom Co., LTD

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_23587591

---

**Registration Number / Date:**
PA0002479347 / 2024-04-22

**Previous Registration:**
2023, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "PA0002419760"}'>PA2-419-760</a>.

**Type of Work:**
Music

**Title:**
Resident Evil 4 VR Mode.

**Application Title:**
Resident Evil 4 VR Mode.

**Alternative Title on Application:**
BIOHAZARD RE:4 VR Mode

**Date of Creation:**
2023

**Date of Publication:**
2023-12-08

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual works.

**Basis of Claim:**
computer program and audio visual works.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**
Print material +

**Nation of First Publication:**
United States

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_36966770

---

**Registration Number / Date:**
PAU003855909 / 2016-03-16

**Previous Registration:**
2012, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "PA0001830346"}'>PA 1-830-346</a>.

**Type of Work:**
Computer Files

**Title:**
RESIDENT EVIL 6 (Xbox One)

**Application Title:**

RESIDENT EVIL 6 (Xbox One)

**Alternative Title on Application:**

BIOHAZARD 6 (XBOX One)

**Date of Creation:**

2015

**Copyright Claimant:**

CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**

CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual works.

**Basis of Claim:**

computer program and audio visual works.

**Rights and Permissions:**

CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Material Excluded:**

prior version.

**Description:**

Game disc.

**Notes:**

Videogame.Collection of screenshots and computer printout (50 p.) also deposited.

**Names:**

CAPCOM CO., LTD.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_29292387

---

**Registration Number / Date:**

PA0002393005 / 2022-11-15

**Previous Registration:**

2022, <a href='https://publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":

"registration_numbers", "type_of_query": "exact", "query": "PA0002357154"}'>PA 2-357-154</a>.

**Type of Work:**
Computer Files

**Title:**
RESIDENT EVIL VILLAGE GOLD EDITION.

**Application Title:**
RESIDENT EVIL VILLAGE GOLD EDITION.

**Alternative Title on Application:**
BIOHAZARD VILLAGE GOLD EDITION

**Date of Creation:**
2022

**Date of Publication:**
2022-10-28

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual works.

**Basis of Claim:**
computer program and audio visual works.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**
CD-ROM +

**Notes:**
Computer printout (50p.) also deposited. Videogame.

**Nation of First Publication:**
United States

**Names:**
CAPCOM CO., LTD.

**Registration Number / Date:**

PAU003572290 / 2011-06-03

**Previous Registration:**

2009, <a href='https://publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"PA0001627044"}'>PA-1 -627-044</a>.

**Type of Work:**

Computer Files

**Title:**

RESIDENT EVIL THE MERCENARIES 3D.

**Application Title:**

RESIDENT EVIL THE MERCENARIES 3D.

**Alternative Title on Application:**

BIOHAZARD THE MERCENARIES 3D

**Date of Creation:**

2011

**Copyright Claimant:**

Capcom Co., Ltd. Address: 3-1-3 Uchihiranomachi, Chuo-ku, Osaka,
540-0037, Japan.

**Authorship on Application:**

Capcom Co., Ltd, Domicile: Japan. employer for hire; Authorship: computer
program and audio visual works.

**Basis of Claim:**

computer program and audio visual works.

**Material Excluded:**

prior version.

**Description:**

Computer code +

**Names:**

Capcom Co., Ltd

**USCO Catalog Link:**

**Registration Number / Date:**
TXU001764143 / 2011-03-18

**Previous Registration:**
2006, <a href='https://publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"PA0001324697"}'>PA-1 -324-697</a>.

**Type of Work:**
Computer Files

**Title:**
resident evil 4 (Playstation 3)

**Application Title:**
resident evil 4 (Playstation 3)

**Alternative Title on Application:**
biohazard 4 (Playstation 3)

**Date of Creation:**
2011

**Copyright Claimant:**
Capcom Co., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka,
540-0037, Japan.

**Authorship on Application:**
Capcom Co., LTD, Domicile: Japan. employer for hire; Authorship: computer
program and audio visual.

**Basis of Claim:**
computer program and audio visual.

**Rights and Permissions:**
Capcom Co., LTD, 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037,
Japan, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**
Print material +

**Names:**

Capcom Co., LTD

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_24983593

**Copyright Serial Number / Date:**
CSN0134289 / 2001

**Type of Work:**
Serials

**Title:**
Resident Evil--fire and ice.

**Copyright Claimant:**
Capcom Company, Ltd.

**Basis of Claim:**
New matter: additions.

**Description:**
print material.

**Frequency:**
Monthly.

**Serial Publication Year:**
2001

**Issues Registered:**
no. 4, May01. Claimant: Capcom Company, Ltd. Pub. 2001-03-16; Reg. 2001-04-09; TX0005312966

**Description based on:**
No. 4, May 2001.

**Names:**
DC Comics. Wildstorm Productions
Capcom Company, Ltd.
Wildstorm Productions, Inc.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_20491332

**Registration Number / Date:**
PA0002416643 / 2023-03-30

**Previous Registration:**
2022, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "TX0009112933"}'>TX-9-112-933</a>.

**Type of Work:**
Computer Files

**Title:**
RESIDENT EVIL VILLAGE VR MODE.

**Application Title:**
RESIDENT EVIL VILLAGE VR MODE.

**Date of Creation:**
2022

**Date of Publication:**
2023-02-22

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual works.

**Basis of Claim:**
computer program and audio visual works.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**
DVD ROM +

**Copyright Note:**
Regarding authorship information and new material included: Source code and audiovisual material deposited.

**Notes:**
videogame

**Nation of First Publication:**
United States

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_35070626

---

**Registration Number / Date:**
PA0001799281 / 2011-10-14

**Previous Registration:**
2006, <a href='https://publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"PA0001324697"}'>PA-1 -324-697</a>.

**Type of Work:**
Computer Files

**Title:**
resident evil 4 (PlayStation 3)

**Application Title:**
resident evil 4 (PlayStation 3)

**Alternative Title on Application:**
biohazard 4 (PlayStation 3)

**Date of Creation:**
2011

**Date of Publication:**
2011-09-20

**Copyright Claimant:**
Capcom Co., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka,
540-0037, Japan.

**Authorship on Application:**
Capcom Co., LTD, Domicile: Japan. employer for hire; Authorship: Computer
Program and Audiovisual Work.

**Basis of Claim:**
Computer Program and Audiovisual Work.

**Rights and Permissions:**

Capcom Co., LTD, 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan

**Material Excluded:**
prior version.

**Description:**
Blu-ray Disc.

**Notes:**
Videogame.DVD-R, screenshots and computer printout (50 p.) deposited as identifying material.

**Nation of First Publication:**
United States

**Names:**
Capcom Co., LTD

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_25631328

---

**Registration Number / Date:**
PA0001991718 / 2016-01-19

**Previous Registration:**
2003, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "PA0001149268"}'>PA-1-149-268</a>.

**Type of Work:**
Computer Files

**Title:**
Resident Evil 0 HD REMASTER.

**Application Title:**
Resident Evil 0 HD REMASTER.

**Alternative Title on Application:**
biohazard 0 HD REMASTER
Resident Evil 0

**Date of Creation:**
2015

**Date of Publication:**

2016-01-19

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual works.

**Basis of Claim:**
computer program and audio visual works.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**
Blu-ray disc.

**Copyright Note:**
C.O. correspondence.

**Notes:**
Videogame.Computer printout (50 p.) also deposited.

**Nation of First Publication:**
United States

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_28475289

---

**Registration Number / Date:**
PA0002408918 / 2023-01-26

**Previous Registration:**
2017, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "PA0002095729"}'>PA2-095-729</a>.

**Type of Work:**

Computer Files

**Title:**
Resident Evil 7 biohazard CLOUD.

**Application Title:**
Resident Evil 7 biohazard CLOUD.

**Alternative Title on Application:**
BIOHAZARD 7 resident evil CLOUD

**Date of Creation:**
2022

**Date of Publication:**
2022-12-16

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual works.

**Basis of Claim:**
computer program and audio visual works.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**
Blu-ray disc +

**Notes:**
Videogame.Computer printout (50p.) also deposited.

**Nation of First Publication:**
United States

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_34922053

**Registration Number / Date:**
PA0002111238 / 2018-07-05

**Previous Registration:**
2009, <a href='https://publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"PA0001627044"}'>PA 1-627-044</a>.

**Type of Work:**
Computer Files

**Title:**
RESIDENT EVIL 5 (Xbox One)

**Application Title:**
RESIDENT EVIL 5 (Xbox One)

**Alternative Title on Application:**
BIOHAZARD 5 (Xbox One)

**Date of Creation:**
2016

**Date of Publication:**
2016-06-28

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka,
540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan.
Authorship: computer program and audio visual works.

**Basis of Claim:**
computer program and audio visual works.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037,
Japan, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**
CD-ROM.

**Copyright Note:**

C.O. correspondence.

**Notes:**

Videogame.Computer printout (50 p.) also deposited.

**Nation of First Publication:**

United States

**Names:**

CAPCOM CO., LTD.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_30092880

---

**Registration Number / Date:**

TX0005136270 / 2000-05-02

**Type of Work:**

Text

**Title:**

Underworld /S. D. Perry.

**Series:**

Resident evil ; no. 4

**Other Title:**

Resident evil ; no. 4

**Date of Creation:**

1999

**Date of Publication:**

1999-05-06

**Copyright Claimant:**

Capcom Company, Ltd. (employer for hire of S. D. Perry)

**Description:**

244 p.

**Imprint:**

New York : Pocket Books, c1999.

**Copyright Note:**

C.O. correspondence.

**Names:**

Perry, S. D.
Capcom Company, Ltd.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_15707535

---

**Registration Number / Date:**
PA0001799222 / 2011-10-14

**Previous Registration:**
2000, <a href='https://publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"PA0000993488"}'>PA-993-488</a>.

**Type of Work:**
Computer Files

**Title:**
RESIDENT EVIL CODE: Veronica X.

**Application Title:**
RESIDENT EVIL CODE: Veronica X.

**Alternative Title on Application:**
BIOHAZARD CODE: Veronica full version

**Date of Creation:**
2011

**Date of Publication:**
2011-09-27

**Copyright Claimant:**
Capcom Co., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka,
540-0037, Japan.

**Authorship on Application:**
Capcom Co., LTD, Domicile: Japan. employer for hire; Authorship: Computer
Program and Audiovisual Work.

**Basis of Claim:**
Computer Program and Audiovisual Work.

**Rights and Permissions:**
Capcom Co., LTD, 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037

**Material Excluded:**

prior version.

**Description:**
Videogame.

**Notes:**
DVD-ROM, computer printout (50 p.) and collection of screenshots deposited.

**Nation of First Publication:**
United States

**Names:**
Capcom Co., LTD

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_25631327

---

**Registration Number / Date:**
PAU003917913 / 2017-12-20

**Previous Registration:**
2012, <a href='https://publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"PA0001811400"}'>PA 1-811-400</a>.

**Type of Work:**
Computer Files

**Title:**
RESIDENT EVIL REVELATIONS (Nintendo Switch)

**Application Title:**
RESIDENT EVIL REVELATIONS (Nintendo Switch)

**Alternative Title on Application:**
BIOHAZARD REVELATIONS UNVEILED EDITION

**Date of Creation:**
2017

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka,
540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan.
Authorship: computer program and audio visual works.

**Basis of Claim:**

computer program and audio visual works.

**Rights and Permissions:**

CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Material Excluded:**

prior version.

**Description:**

CD-ROM +

**Copyright Note:**

C.O. correspondence.

**Notes:**

Computer printout (50p.) also deposited.Videogame.

**Names:**

CAPCOM CO., LTD.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_30203525

---

**Registration Number / Date:**

PA0001610969 / 2008-02-06

**Previous Registration:**

2006, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "PA0001324697"}'>PA 1-324-697</a>.

**Type of Work:**

Computer Files

**Title:**

resident evil 4 Wii edition.

**Application Title:**

resident evil 4 Wii edition.

**Alternative Title on Application:**

biohazard 4 Wii edition

**Date of Creation:**

2007

**Date of Publication:**
2007-06-19

**Copyright Claimant:**
Capcom Co., Ltd.. Address: 3-1-3 Uchihirano-machi Chuo-ku, Osaka, Osaka-City, 540-0037, JAPAN

**Authorship on Application:**
Capcom Co., Ltd., Domicile: Japan. employer for hire;

**Basis of Claim:**
English translation on screens and packaging.

**Material Excluded:**
Original videogame in Japanese /This videogame is based on the videogames "RESIDENT EVIL", "RESIDENT EVILT' (PAuOO2235908 and PA0000910361), "RESIDENT EVIL 3:NEMESIS"(PA0000976290) and "RESIDENT EVIL 4" (PAOOO 1 324697.

**Description:**
DVD-ROM.

**Notes:**
Photographs and computer printout (50 p.) also deposited.

**Nation of First Publication:**
United States

**Names:**
Capcom Co., Ltd.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_22529706

---

**Registration Number / Date:**
PAU003855907 / 2016-03-16

**Previous Registration:**
2012, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "PA0001830347"}'>PA 1-830-347</a>.

**Type of Work:**
Computer Files

**Title:**

RESIDENT EVIL 6 (Play Station 4)

**Application Title:**
RESIDENT EVIL 6 (Play Station 4)

**Alternative Title on Application:**
BIOHAZARD 6 (Play Station 4)

**Date of Creation:**
2015

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual works.

**Basis of Claim:**
computer program and audio visual works.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**
Game disc.

**Notes:**
Videogame.Collection of screenshots and computer printout (50 p.) also deposited.

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_29292386

---

**Registration Number / Date:**
PA0001644832 / 2008-03-26

**Previous Registration:**
2006, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name":

"registration_numbers", "type_of_query": "exact", "query": "PA0001324697"}'>PA0001324697</a>.

**Type of Work:**
Computer Files

**Title:**
resident evil THE UMBRELLA CHRONICLES (Wii)

**Application Title:**
resident evil THE UMBRELLA CHRONICLES (Wii)

**Alternative Title on Application:**
BIOHAZARD THE UMBRELLA CHRONICLES

**Date of Creation:**
2007

**Date of Publication:**
2007-11-13

**Copyright Claimant:**
Capcom Co., Ltd. Address: 3-1-3 Uchihirano-machi Chuo-ku,, Osaka-City, Osaka, 540-0037, JAPAN.

**Authorship on Application:**
Capcom Co., Ltd., Domicile: Japan. employer for hire;

**Basis of Claim:**
English translation on screens and packaging.

**Material Excluded:**
Original videogame in Japanese/This videogame is based on the videogames "RESIDENT EVIL","RESIDENT EVIL2"(PAu002235908 and PA0000910361),"RESIDENT EVIL3:NEMESIS"(PA0000976290) and "RESIDENT EVIL4"(PA0001324697)

**Description:**
DVD-ROM.

**Notes:**
Videogame.Screenshots, synopsis and computer printout (50 p.) also deposited.

**Nation of First Publication:**
United States

**Names:**
Capcom Co., Ltd.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_23084131

**Registration Number / Date:**
PA0002110421 / 2018-07-05

**Previous Registration:**
2013, <a href='https://publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"TXU001873369"}'>Txu 1-873-369</a>.

**Type of Work:**
Computer Files

**Title:**
RESIDENT EVIL REVELATIONS (Play Station 4)

**Application Title:**
RESIDENT EVIL REVELATIONS (Play Station 4)

**Alternative Title on Application:**
BIOHAZARD REVELATIONS UNVEILED EDITION (Play Station 4)

**Date of Creation:**
2017

**Date of Publication:**
2017-08-29

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka,
540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan.
Authorship: computer program and audio visual works.

**Basis of Claim:**
computer program and audio visual works.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037,
Japan, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**
Blu-ray disc.

**Copyright Note:**
C.O. correspondence.

**Notes:**
Videogame for Playstation IIComputer printout (50 p.) also deposited.

**Nation of First Publication:**
United States

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_30082073

---

**Registration Number / Date:**
PA0002117710 / 2017-12-20

**Previous Registration:**
2015, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "PAU003798205"}'>Pau 3-798-205</a>.

**Type of Work:**
Computer Files

**Title:**
RESIDENT EVIL REVELATIONS 2 (Nintendo Switch)

**Application Title:**
RESIDENT EVIL REVELATIONS 2 (Nintendo Switch)

**Alternative Title on Application:**
BIOHAZARD REVELATIONS 2

**Date of Creation:**
2017

**Date of Publication:**
2017-11-28

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual works.

**Basis of Claim:**
computer program and audio visual works.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**
Videogame.

**Copyright Note:**
C.O. correspondence.

**Notes:**
Videogame for Nintendo Switch.Recordable Blu-ray, CD-ROM, collection of screenshots and computer printout (50 p.) deposited.

**Nation of First Publication:**
United States

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_30176019

---

**Registration Number / Date:**
TX0005562317 / 2002-05-29

**Type of Work:**
Text

**Title:**
Resident evil :Prima's official strategy guide /David S. J. Hodgson.

**Date of Creation:**
2002

**Date of Publication:**
2002-04-24

**Copyright Claimant:**
Prima Games (employer for hire), & Capcom Co., Ltd.

**Basis of Claim:**
New Matter: text & compilation of screen shots.

**Description:**
110 p.

**Imprint:**
Roseville, CA : Prima Games, c2002.

**Names:**
Hodgson, David S. J.
Prima Games
Capcom Co., Ltd.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_15981621

---

**Registration Number / Date:**
PA0001666838 / 2009-12-09

**Type of Work:**
Computer Files

**Title:**
RESIDENT EVIL THE DARKSIDE CHRONICLES (Nintendo Wii)

**Application Title:**
RESIDENT EVIL THE DARKSIDE CHRONICLES (Nintendo Wii)

**Alternative Title on Application:**
BIOHAZARD THE DARKSIDE CHRONICLES (Nintendo Wii)

**Date of Creation:**
2009

**Date of Publication:**
2009-11-17

**Copyright Claimant:**
Capcom Co., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
Capcom Co., LTD, Domicile: Japan. employer for hire; Authorship: computer program and audio visual work.

**Rights and Permissions:**

CAPCOM CO., LTD, 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, +81-06-6920-3637, property@head.capcom.co.jp

**Description:**

Videogame.

**Copyright Note:**

C.O. correspondence.

**Notes:**

Synopsis, screen shots, DVD, and computer printout (50 p.) deposited.

**Nation of First Publication:**

United States

**Names:**

Capcom Co., LTD

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_23401882

---

**Registration Number / Date:**

TX0007186406 / 2010-07-13

**Type of Work:**

Text

**Title:**

RESIDENT EVIL Volume 2, #5, July 2010.

**Application Title:**

RESIDENT EVIL Volume 2, #5, July 2010.

**Date of Creation:**

2010

**Date of Publication:**

2010-06-30

**Copyright Claimant:**

Capcom Co. Ltd., Transfer: By written agreement. Address: c/o WildStorm Production, 888 Prospect Street #240, La Jolla, CA, 92037, United States.

**Authorship on Application:**

WildStorm Productions, an imprint of DC Comics, Domicile: United States. employer for hire; Authorship: text, artwork.

**Basis of Claim:**

text, artwork, New story text and art with new graphics of old and new characters.

**Rights and Permissions:**

DC Comics, 1700 Broadway, New York, NY, 10019, United States

**Material Excluded:**

Character graphics based on charactr graphics In RESIDENT EVIL video game, RESIDENT EVIL Volume 1, #1 et seq.

**Description:**

Print material (record pages if present)

**Nation of First Publication:**

United States

**Names:**

WildStorm Productions, an imprint of DC Comics

Capcom Co. Ltd.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_23807448

---

**Registration Number / Date:**

TX0007088302 / 2009-12-10

**Type of Work:**

Text

**Title:**

RESIDENT EVIL Volume 2, #3, January 2010.

**Application Title:**

RESIDENT EVIL Volume 2, #3, January 2010.

**Date of Creation:**

2009

**Date of Publication:**

2009-11-11

**Copyright Claimant:**

Capcom Co. Ltd., Transfer: By written agreement. Address: c/o WildStorm Production, 888 Prospect Street #240, La Jolla, CA, 92037, United States.

**Authorship on Application:**

WildStorm Productions, an imprint of DC Comics, Domicile: United States. employer for hire; Authorship: text, artwork.

**Basis of Claim:**
text, artwork, New story text and art with new graphics of old and new characters.

**Rights and Permissions:**
DC Comics, 1700 Broadway, New York, NY, 10019, United States

**Material Excluded:**
Character graphics based on character graphics In RESIDENT EVIL video game, RESIDENT EVIL Volume 1, #1 et seq.

**Description:**
Print material.

**Nation of First Publication:**
United States

**Names:**
DC Comics
Capcom Co. Ltd.
WildStorm Productions

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_23365301

---

**Registration Number / Date:**
TX0006945371 / 2009-03-26

**Type of Work:**
Text

**Title:**
RESIDENT EVIL Volume 2, #1, May 2009.

**Application Title:**
RESIDENT EVIL Volume 2, #1, May 2009.

**Date of Creation:**
2009

**Date of Publication:**
2009-03-11

**Copyright Claimant:**

Capcom Co. Ltd., Transfer: By written agreement. Address: c/o WildStorm Production, 888 Prospect Street #240, La Jolla, CA, 92037 United States.

**Authorship on Application:**
WildStorm Productions, an imprint of DC Comics, Domicile: United States. employer for hire; Authorship: text, artwork.

**Basis of Claim:**
text, artwork, New story text and art with new graphics of old and new characters.

**Rights and Permissions:**
DC Comics, 1700 Broadway, New York, NY, 10019, United States

**Material Excluded:**
Character graphics based on character graphics In RESIDENT EVIL video game, RESIDENT EVIL Volume 1, #1 et seq.

**Description:**
Book, 1 v.

**Copyright Note:**
Regarding limitation of claim: Characters as such not registrable. Registration based on deposited authorship describing, depicting, or embodying such character(s). Compendium II 202.02(I).

**Nation of First Publication:**
United States

**Names:**
DC Comics
Capcom Co. Ltd.
WildStorm Productions

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_22929475

---

**Registration Number / Date:**
TX0006984943 / 2009-06-16

**Type of Work:**
Text

**Title:**
RESIDENT EVIL Volume 2, #2, June 2009 (Incorrectly appears as #3, July 2009 in indicia)

**Application Title:**
RESIDENT EVIL Volume 2, #2, June 2009 (Incorrectly appears as #3, July 2009 in indicia)

**Date of Creation:**
2009

**Date of Publication:**
2009-05-20

**Copyright Claimant:**
Capcom Co. Ltd., Transfer: By written agreement. Address: c/o WildStorm Production, 888 Prospect Street #240, La Jolla, CA, 92037, United States.

**Authorship on Application:**
WildStorm Productions, an imprint of DC Comics, Domicile: United States. employer for hire; Authorship: text, artwork.

**Basis of Claim:**
text, artwork, New story text and art with new graphics of old and new characters.

**Rights and Permissions:**
DC Comics, 1700 Broadway, New York, NY, 10019, United States

**Material Excluded:**
Character graphics based on character graphics In RESIDENT EVIL video game, RESIDENT EVIL Volume 1, #1 et seq.

**Description:**
Book, 1 v.

**Copyright Note:**
Regarding limitation of claim: Characters as such not registrable. Registration based on deposited authorship describing, depicting, or embodying such character(s). Compendium II 202.02(l).

**Nation of First Publication:**
United States

**Names:**
DC Comics
Capcom Co. Ltd.
WildStorm Productions

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_23114013

**Copyright Serial Number / Date:**
CSN0129085 / 1999

**Type of Work:**
Serials

**Title:**
Resident Evil :the official comic book magazine!

**Copyright Claimant:**
Capcom Company, Ltd. (Appl.: text & art: Wildstorm Productions, an imprint of DC Comics)

**Basis of Claim:**
New matter: additions.

**Description:**
print material.

**Frequency:**
Quarterly.

**Serial Publication Year:**
1999

**Issues Registered:**
no. 5, Feb99. Claimant: Capcom Company, Ltd. (Appl.: text & art: Wildstorm Productions, an imprint of DC Comics) Pub. 1999-01-06; Reg. 1999-05-20; TX0004910862

**Description based on:**
No. 3, fall 1998.

**Names:**
Capcom Company, Ltd.
Aegis Entertainment, Inc.
WildStorm Productions

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20478091

---

**Registration Number / Date:**
TX0007264456 / 2010-12-06

**Type of Work:**
Text

**Title:**
RESIDENT EVIL Volume 2, #6, December 2010 (February 2011 on cover)

**Application Title:**
RESIDENT EVIL Volume 2, #6, December 2010 (February 2011 on cover)

**Date of Creation:**
2010

**Date of Publication:**
2010-12-01

**Copyright Claimant:**
Capcom Co. Ltd., Transfer: By written agreement. Address: c/o WildStorm Production, 888 Prospect Street #240, La Jolla, CA, 92037, United States.

**Authorship on Application:**
WildStorm Productions, an imprint of DC Comics, Domicile: United States. employer for hire; Authorship: text, artwork.

**Basis of Claim:**
text, artwork, New story text and art with new graphics of old and new characters.

**Rights and Permissions:**
DC Comics, 1700 Broadway, New York, NY, 10019, United States

**Material Excluded:**
Character graphics based on character graphics In RESIDENT EVIL video game, RESIDENT EVIL Volume 1, #1 et. seq.

**Description:**
Book.

**Nation of First Publication:**
United States

**Names:**
DC Comics
Capcom Co. Ltd.
WildStorm Productions

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_24290593

---

**Copyright Serial Number / Date:**
CSN0129085 / 2000

**Type of Work:**
Serials

**Title:**
Resident Evil :the official comic book magazine!

**Copyright Claimant:**
Capcom Company, Ltd. (Appl.: text & art: Wildstorm Productions, an imprint of DC Comics, employer for hire)

**Basis of Claim:**
New matter: additions.

**Description:**
print material.

**Frequency:**
Quarterly.

**Serial Publication Year:**
2000

**Issues Registered:**
no. 1, Dec00. Claimant: Capcom Company, Ltd. (Appl.: text & art: Wildstorm Productions, an imprint of DC Comics, employer for hire) Pub. 2000-10-11; Reg. 2000-12-29; TX0005247369
no. 2, Feb01. Claimant: Capcom Company, Ltd. (Appl.: text & art: Wildstorm Productions, an imprint of DC Comics, employer for hire) Pub. 2000-12-01; Reg. 2001-03-26; TX0005307031

**Description based on:**
No. 3, fall 1998.

**Names:**
Capcom Company, Ltd.
Wildstorm Productions

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20628415

---

**Copyright Serial Number / Date:**
CSN0129085 / 2001

**Type of Work:**
Serials

**Title:**

Resident Evil :the official comic book magazine!

**Copyright Claimant:**
Capcom Company, Ltd. (Appl.: text & art: Wildstorm Productions, an imprint of DC Comics, employer for hire)

**Basis of Claim:**
New matter: additions.

**Description:**
print material.

**Frequency:**
Quarterly.

**Serial Publication Year:**
2001

**Issues Registered:**
no. 3, Apr01. Claimant: Capcom Company, Ltd. (Appl.: text & art: Wildstorm Productions, an imprint of DC Comics, employer for hire) Pub. 2001-02-02; Reg. 2001-03-13; TX0005290439

**Description based on:**
No. 3, fall 1998.

**Names:**
Capcom Company, Ltd.
Wildstorm Productions

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20478088

---

**Copyright Serial Number / Date:**
CSN0129085 / 2002

**Type of Work:**
Serials

**Title:**
Resident Evil :the official comic book magazine!

**Copyright Claimant:**
Capcom Company, Ltd. (Appl.: text & art: Wildstorm Productions, an imprint of DC Comics, employer for hire)

**Basis of Claim:**
New matter: additions.

**Description:**
print material.

**Frequency:**
Quarterly.

**Serial Publication Year:**
2002

**Issues Registered:**
no. 1. Claimant: Capcom Company, Ltd. (Appl.: text & art: Wildstorm Productions, an imprint of DC Comics, employer for hire) Pub. 2002-05-29; Reg. 2002-08-06; TX0005581039
no. 2. Claimant: Capcom Company, Ltd. (Appl.: text & art: Wildstorm Productions, an imprint of DC Comics, employer for hire) Pub. 2002-07-24; Reg. 2002-08-30; TX0005874228

**Description based on:**
No. 3, fall 1998.

**Names:**
DC Comics. Wildstorm Productions
Capcom Company, Ltd.
Wildstorm Productions

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20478089

---

**Registration Number / Date:**
PAU003885065 / 2016-07-05

**Type of Work:**
Computer Files

**Title:**
UMBRELLA CORPS.

**Application Title:**
UMBRELLA CORPS.

**Alternative Title on Application:**
BIOHAZARD UMBRELLA CORPS
RESIDENT EVIL UMBRELLA CORPS

**Date of Creation:**
2016

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual works.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Description:**
Game disc + print material.

**Notes:**
Videogame for PS4.Game disc, collection of screenshots, synopsis and computer printout (50 p.) deposited.

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_29656273

---

**Registration Number / Date:**
TXU001873369 / 2013-05-23

**Previous Registration:**
2012

**Type of Work:**
Computer Files

**Title:**
RESIDENT EVIL REVELATIONS (PlayStation 3, Xbox 360, Wii U, PC)

**Application Title:**
RESIDENT EVIL REVELATIONS (PlayStation 3, Xbox 360, Wii U, PC)

**Alternative Title on Application:**
BIOHAZARD REVELATIONS UNVEILED EDITION (PlayStation 3, Xbox 360, Wii U, PC)

**Date of Creation:**
2013

**Copyright Claimant:**

CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual works.

**Basis of Claim:**
computer program and audio visual works.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Material Excluded:**
prior version, case#1-714481581.

**Description:**
Computer code. +

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_26422458

---

**Registration Number / Date:**
PA0002078534 / 2016-07-05

**Previous Registration:**
2016, case#1-3660827312.

**Type of Work:**
Computer Files

**Title:**
UMBRELLA CORPS (PC)

**Application Title:**
UMBRELLA CORPS (PC)

**Alternative Title on Application:**
BIOHAZARD UMBRELLA CORPS (PC)
RESIDENT EVIL UMBRELLA CORPS (PC)

**Date of Creation:**
2016

**Date of Publication:**

2016-06-21

**Copyright Claimant:**

CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**

CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual works.

**Basis of Claim:**

computer program and audio visual works.

**Rights and Permissions:**

CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Material Excluded:**

prior version.

**Description:**

DVD-ROM + print material.

**Notes:**

Videogame.2 DVD-ROMs, collection of screenshots, synopsis and computer printout (50 p.) deposited.

**Nation of First Publication:**

United States

**Names:**

CAPCOM CO., LTD.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_29656274

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).